**United States District Court**
For the Northern District of California

1
2
3
4                        UNITED STATES DISTRICT COURT
5                      NORTHERN DISTRICT OF CALIFORNIA
6
7   DIRECTV, INC.,                          No. C 04-3820 JCS
8              Plaintiff(s),
9                                           **ORDER OF DISMISSAL**
        v.
10  DIANA WALLIN,
11             Defendant(s).
                                      /
12  _____
13          The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of
14  this cause,
15          IT IS HEREBY ORDERED that this cause be dismissed with prejudice; provided, however, that if any
16  party hereto shall certify to this Court, within sixty (60) days, with proof of service of a copy thereon to
17  opposing counsel, that the agreed consideration for said settlement has not been delivered over,  the foregoing
18  Order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.
19          IT IS SO ORDERED.
20
21  Dated: April 19, 2005
22                                          /s/ Joseph C. Spero
                                            JOSEPH C. SPERO
23                                          United States Magistrate Judge
24
25
26
27
28