Debra Healy Deem (Cal. Bar No.: 89183)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER NEMER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
E-Mail: btran@buchalter.com

**Attorneys for Plaintiff DIRECTV, INC.**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation, | Case No. CV-04-3820 JCS |
| Plaintiff, | Hon. Joseph C. Spero |
| vs. | **REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT DIANA WALLIN; [PROPOSED] ORDER THEREON** |
| DIANA WALLIN, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff DIRECTV, Inc. ("DIRECTV") hereby respectfully requests that the Court enter an Order dismissing the above-captioned action with prejudice as to Defendant Diana Wallin ("Defendant") **only**. This request is made on the grounds that Defendant and DIRECTV have entered into an agreement settling this matter. Pursuant to the terms of that agreement, DIRECTV agreed to voluntarily dismiss this action against Defendant, each party to bear its/her own attorneys' fees and costs incurred in this action to date.

Although on April 28, 2005, this Court dismissed without prejudice DIRECTV's claims against Defendant, DIRECTV is obligated under the terms of the settlement agreement to take all reasonable steps to obtain a dismissal of this action with prejudice against Defendant, each party to bear its/her own costs and attorneys' fees. DIRECTV files this Request in fulfillment of that obligation.

Defendant answered the Complaint on or about January 12, 2005. DIRECTV, therefore, cannot unilaterally voluntarily dismiss this action against Defendant absent a Court order. Fed. R. Civ. P. 41(a). Accordingly, DIRECTV respectfully requests the entry of such an order dismissing Defendant with prejudice.

Defendant Diana Wallin is the last remaining active Defendant in this action. This entire action as to all remaining claims is therefore terminated in full.

DATED: August 16, 2006                 Respectfully Submitted,

                                       BUCHALTER NEMER
                                       A Professional Corporation


                                       By:          /s/ Brandon Q. Tran
                                                    Brandon Q. Tran
                                            Attorneys for Plaintiff DIRECTV, Inc.

### ORDER

Having read the foregoing Request for Voluntary Dismissal of Defendant Diana Wallin filed by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:

1. This action is hereby dismissed with prejudice as against Defendant Diana Wallin only;

2. Each party shall bear its/her own attorneys' fees and costs incurred in this action to date; and

3. As Defendant Diana Wallin is the last remaining Defendant in this action, this entire action as to all remaining claims is hereby terminated in full.

DATED: Aug. 18, 206

_____
Honorable
United States
Northern District of California

*Judge Joseph C. Spero*

BN 953051v1                            2                            (CV-04-3820 JCS)

**REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT DIANA WALLIN; [PROPOSED] ORDER THEREON**

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.